UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Samuel Lopez, <br><br>      Plaintiff, <br><br>   v. <br><br>43 Orchard Realty LLC, <br><br>      Defendant. | 25-CV-3123 (DEH) <br><br>**ORDER** |

DALE E. HO, United States District Judge:

  IT IS HEREBY ORDERED that, within thirty (30) days of service of the summons and complaint, the parties must meet and confer for at least one hour in a good-faith attempt to settle this action. To the extent the parties are unable to settle the case themselves, they must also discuss whether further settlement discussions through the district's court-annexed mediation program or before a magistrate judge would be productive at this time.

  IT IS FURTHER ORDERED that within fifteen (15) additional days (*i.e.*, within forty-five (45) days of service of the summons and complaint), the parties must submit a joint letter informing the Court whether the parties have settled. If the parties do not reach a settlement, the parties shall in the joint letter request that the Court (1) refer the case to mediation or a magistrate judge for a settlement conference (and indicate a preference between the two options), or (2) proceed with an initial pretrial conference.

  Any extension requests shall adhere to this Court's Individual Rules, located at https://www.nysd.uscourts.gov/hon-dale-e-ho.

Dated: April 21, 2025              SO ORDERED.
   New York, New York

                             DALE E. HO
                             United States District Judge