UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Samuel Lopez,

                    Plaintiff,

          v.

43 Orchard Realty LLC, et al.,

                    Defendants.

25-CV-3123 (DEH)

ORDER

DALE E. HO, United States District Judge:

Defendant 43 Orchard Realty LLC's motion, ECF No. 24, to join the Motion to Dismiss filed by Co-Defendant No More Café NY is **GRANTED.**

The parties are **DIRECTED** to appear for a conference with the Court regarding Plaintiff's pending Motion to Dismiss, ECF No. 12, on **February 11, 2026** at **2:00 p.m.**  The conference will be held via Microsoft Teams.  The parties should dial in by calling (646) 453-4442 and entering the Phone Conference ID: 246 519 735, followed by the pound (#) sign. Plaintiff is directed to serve a copy of this Order on Defendant No More Café NY via overnight mail by January 29, 2026, and to file proof of service on the docket..

The Clerk of Court is respectfully directed to close ECF No. 24.

SO ORDERED.

Dated: January 28, 2026
       New York, New York

_____
          DALE E. HO
     United States District Judge