# CERVINI LAW GROUP PLLC

*COUNSELORS AT LAW*

475 PARK AVENUE SOUTH
18TH FLOOR
NEW YORK, NEW YORK 10016

917.304.9231
JCERVIN@CERVINILAWGROUP.COM

February 3, 2026

Application **GRANTED.** The conference is **ADJOURNED** to March 11, 2026 at 2:00 p.m. The conference will be held via Microsoft Teams. The parties should dial in by calling (646) 453-4442 and entering the Phone Conference ID: 246 519 735, followed by the pound (#) sign. Plaintiff is DIRECTED to serve a copy of this Order on Defendant No More Cafe NY via overnight mail by February 6, 2026, and to file proof of service on the docket.

The Clerk of Court is directed to close ECF No. 28.

**Via ECF**
Hon. Dale E. Ho, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Street
New York, New York 10007

**SO ORDERED.**

Dale E. Ho
United States District Judge
Dated: February 4, 2026
New York, New York

Re:    *Lopez v. 43 Orchard Realty LLC, et al.*
        **Case No. 1:25-cv-03123**

Dear Judge Ho:

Cervini Law Group PLLC represents 43 Orchard Realty LLC ("**Defendant**") in the referenced matter. Pursuant to Section 2(e) of Your Honor's Individual Rules and Practices in Civil Cases, we write to respectfully request an adjournment of the conference currently scheduled for February 11, 2026. This is Defendant's first request for an adjournment.

The reason for this request is that defense counsel is scheduled to appear for trial in New York Civil Court on February 11, 2026. We have communicated with counsel for the plaintiff and co-defendant, both of whom consent to this request.

The parties are mutually available on March 11, March 18, or March 19, 2026.

We thank the Court for its consideration of this matter.

Sincerely,

**CERVINI LAW GROUP PLLC**

By:   *Joseph P. Cervini, Jr.*
        Joseph P. Cervini, Jr.