UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Samuel Lopez,<br><br>                    Plaintiff,<br><br>          v.<br><br>43 Orchard Realty LLC, et al.,<br><br>                    Defendants. | 25-CV-3123 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

On March 18, 2026, the Court held a conference on Defendant No More Cafe NY, LTD's Motion to Dismiss, ECF No. 12.  For the reasons stated in the conference, that Motion is **DENIED without prejudice**.

By today, March 18, 2026, Plaintiff is **DIRECTED** to communicate the current offer of settlement to both Defendants.  Within seven (7) days, the parties are **DIRECTED** to meet and confer about the possibility of resolving Plaintiff's claims through settlement.  Within thirty (30) days, the parties are **DIRECTED** to file a joint status letter informing the Court on the status of settlement and, if necessary, whether Defendant No More Café NY, LTD requires additional time to obtain counsel.  If No More Café obtains counsel, such counsel shall immediately file a notice of appearance on the docket.  The letter should also address whether the parties intend to further litigate this case, including through a renewed Motion to Dismiss or by proceeding to discovery.

The Clerk of Court is respectfully directed to close ECF No. 12.

SO ORDERED.

Dated: March 18, 2026
New York, New York

_____

DALE E. HO
United States District Judge

2