UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Samuel Lopez,

Plaintiff,

v.

43 Orchard Realty LLC, et al.,

Defendants.

25-CV-3123 (DEH)

**ORDER**

DALE E. HO, United States District Judge:

Pursuant to the Court's March 18. 2026 Order, ECF No. 34, the parties were directed to file a joint status letter by April 18, 2026 informing the Court: whether the parties had or were likely to reach a settlement, whether Defendant No More Café NY, LTD required additional time to obtain counsel, and whether the parties intend to further litigate the case, including through a renewed Motion to Dismiss or by proceeding to discovery. To date, the parties have not filed any such letter. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **November 13, 2026.** In the alternative, if settlement has been reached, Plaintiff is directed to file a Notice of Voluntary Dismissal against all parties so that the Clerk of Court may close the case.

Plaintiff is directed to serve a copy of this Order on Defendant No More Café NY, LTD and file proof of service on the docket by November 5, 2026.

SO ORDERED.

Dated: November 4, 2026
New York, New York

DALE E. HO
United States District Judge